# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Stephanie Evelyn Sabin**
      Plaintiff

vs.                      CASE NUMBER: 5:24-cv-077-MJK

**Martin J. O'Malley**
*Commissioner Social Security Administration*
      Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision be REVERSED and that this action be REMANDED to the Commissioner for further administrative proceedings.

All of the above pursuant to the order of the Honorable **Mitchell J. Katz**, dated June 14, 2024.

DATED: June 14, 2024

*[Signature]*
Clerk of Court

s/Zachary Cortese
Zachary Cortese
Deputy Clerk